

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2016

No. 04-16-00151-CR

Steven **ROBLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1302
Honorable Mary D. Roman, Judge Presiding

## O R D E R

Appellant filed a pro se notice of appeal in which it appears he attempts to appeal in two separate and distinct criminal actions against him. The first action arises from a criminal proceeding in Bexar County, in which appellant is represented by counsel and there is no final judgment or appealable order. The second action arises from a criminal proceeding in federal court in the Western District of Texas. It appears this Court lacks jurisdiction in both actions reflected in the notice of appeal.

It is therefore ORDERED that appellant show cause in writing within ten days of the date of this order why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended pending determination whether this Court has jurisdiction over this appeal.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court